UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:23-mj-25-MCRI |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER GRANTING MOTION TO |
| JEROID JOHN PRICE | ) | UNSEAL AFFIDAVIT IN SUPPORT |
| | ) | OF THE COMPLAINT |

This matter comes before the Court on the Government's Motion to unseal the Affidavit in Support of the Complaint filed at ECF No. 3-1 in the above-captioned matter. Having reviewed the Government's Motion to Unseal and for all the reasons mentioned in said motion, the Court finds good cause to grant the same.

**IT IS THEREFORE ORDERED** that the Affidavit in Support of the Complaint filed at ECF No. 3-1 in the above-captioned case is hereby unsealed.

**IT IS SO ORDERED.**

THE HONORABLE PAIGE J. GOSSETT
UNITED STATES MAGISTRATE JUDGE

July 13, 2023
Columbia, South Carolina

1